AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norma, Shapiro L. | U.S. District Court, EDPA | 05/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (Senior) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 10614 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Jewish Publication Society |
| 2. Member, Committee on Women in the Profession (WIP) | Pennsylvania Bar Association |
| 3. Chair, Leadership Development & Recruitment Committee | Pennsylvania Bar Association |
| 4. Co-Chair, Goverance Committee (WIP) | Pennsylvania Bar Association |
| 5. Member, Nominating Committee (WIP) | Pennsylvania Bar Association |
| 6. Member, Awards Committee (WIP) | Pennsylvania Bar Association |
| 7. Chair, Board of Directors | Violette De Mazia Foundation |
| 8. Member, Standing Committee on Judicial Independence | American Bar Association |
| 9. Member, ABA 2009 John Marshall Award Selection Committee | American Bar Association |
| 10. American Bar Association Representative | Appellate Judges Education Institute, Board of Directors |
| 11. Executrix | Estate of [_____] (See Part VIII) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

Norman, Shapiro L.

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L. | 05/12/2010 |

2.

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | ABA | 05/21/09 - 05/23/09 | Fort Lauderdale, FL | Stndng Comm.Jud.Independ. | Transportation, meals & lodging. |
| 2. | ABA | 10/15/09 - 10/17/09 | Washington, D.C. | Fall Planning Mtg., Stndng Comm.Judicial Independence | Transportation, meals & lodging. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mellon Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 2. Firstrust Bank (Checking) | A | Interest | J | T | | | | | |
| 3. Firstrust Bank (Savings) | A | Interest | J | T | | | | | |
| 4. Alliance Bernstein Cap Reserve | A | Dividend | J | T | | | | | |
| 5. State of Israel Savings Bonds | A | Interest | J | T | Sold (part) | 05/01/09 | J | A | |
| 6. Bank of America | A | Interest | J | T | | | | | |
| 7. Calamos Global Dynamic | A | Dividend | K | T | | | | | |
| 8. Eaton Vance Enhanced Equity | A | Dividend | | | Sold | 08/23/09 | K | A | |
| 9. Vv Finance | A | Dividend | J | T | | | | | |
| 10. Oppenheimer PA Municipal Bond | B | Dividend | K | T | | | | | |
| 11. Van Kampen Cohen & Steers, Inc. Fd. | B | Dividend | | | Sold | 08/18/09 | J | A | |
| 12. Advisors Disciplined TR Unit 224 | B | Dividend | | | Sold | 08/18/09 | K | A | |
| 13. Advisors Disciplined TR Unit 390 | A | Dividend | K | T | Buy | 08/18/09 | K | | |
| 14. Firstrust Unit 2104 | A | Dividend | J | T | Buy | 08/18/09 | J | | |
| 15. Firstrust Unit 2174 | A | Dividend | K | T | Buy | 08/23/09 | K | | |
| 16. Life Strategy Mod. Growth - IRA | C | Dividend | M | T | Sold (part) | 02/06/09 | L | A | |
| 17. STAR Fund - IRA | C | Dividend | M | T | Sold (part) | 02/06/09 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | GNMA Fund - IRA | B | Dividend | J | T | Buy Sold | 02/06/09 08\|06\|09 | L M | A | |
| 19. | GNMA Fund Admiral - IRA | D | Dividend | M | T | Buy Buy | 02/06/09 08\|06\|09 | M M | | |
| 20. | Rental Property, Hallandale, FL | D | Rent | M | V | | | | | |
| 21. | | | | | | | | | | |
| 22. | | | | | | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Additional information re: Part I - Positions:

Numbers 1, 2, 3, 4, 5, 6, 8, 9, 10 are non-profit organizations. I have no control over the expenditures of these organizations, although with effort I could ascertain their assets.

Number 7  This is a 501(c)(3) charitable organization. I do vote on the expenditure of funds together with the other four Directors; I receive no compensation. The total assets of this organization at the end of 2009 was the amount of approximately $9,000,000.

_____, died on November 27, 2007. His Will names me the Executrix and sole beneficiary of his Estate.

His assets, listed under Section VII, became assets of the Estate _____; in 2008, they were transferred to a Tax Exempt Marital Trust and rolled over into my Vanguard IRA. All assets listed in Section VII which were in his name prior to his death were in the Estate _____ at year end and transferred to the Tax Exempt Marital Trust in 2008. Bank accounts that were previously _____ accounts are now titled in my name only, except for the Estate account of less than $500 to keep the account open. No interest was received..

Certain insurance proceeds were received from Metropolitan Life and Northwestern Mutual Insurance Company. Minimal amounts of interest on accounts opened by the insurance companies were received until I withdrew the funds and transferred them in 2008 to savings or checking accounts in my name.

Section VII
Line 20.  The appraisal date is 2/11/08.
The rental property was placed under an Agreement of Sale early in 2010. The value was determined by the market price, i.e., the sales amount.

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544